UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS VACATION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS ANNUITY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS CHARITY FUND, CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK f/k/a NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, and the DISTRICT COUNCIL FOR NEW YORK CITY and VICINITY, UNITED BROTHERHOOD OF CARPENTERS and JOINERS OF AMERICA,<br><br>            Plaintiffs,<br><br>-against-<br><br>EDUARDO TORRES D/B/A ET CONSTRUCTION CO.,<br><br>            Defendant. | 20 CV 4852 (PAE)<br><br>**PETITIONERS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action hereby be dismissed in its entirety without prejudice and without costs in favor of any party as against another.

Dated: New York, New York
    September 14, 2020       **VIRGINIA & AMBINDER, LLP**

                By: _____/s/_____
                   Nicole Marimon, Esq.
                   40 Broad Street, 7th Floor
                   New York, New York 10004
                   Tel.: (212) 943-9080
                   *Attorneys for Plaintiffs*